IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA SUPREME COURT, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 13-0634 JSW (PR)<br><br>**AMENDED ORDER OF DISMISSAL; DENYING PENDING MOTIONS**<br><br>(Dkt. 3, 5, 7, 8) |

　　Because of an error in the caption, the order of dismissal and judgment filed April 15, 2013, are VACATED and replaced by this order and an amended judgment filed concurrently with this order.

　　Plaintiff, a California prisoner proceeding pro se, filed this civil rights case under 42 U.S.C. § 1983. This case must be dismissed for two reasons.

　　First, on February 13, 2013, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within thirty days. He was informed that in order to complete the form, he must include a certificate of funds form signed by a prison official and a

copy of this trust account statement showing transactions for the last six months. Plaintiff has submitted two IFP applications, but neither includes the necessary trust account statement or certificate of funds signed by a prison official.  As more than 30 days have passed and Plaintiff has neither paid the filing fee nor filed a complete IFP application as he was instructed to do, this case must be dismissed.

Secondly, the complaints filed herein allege that Plaintiff has not received responses to cases he filed in the United States Supreme Court, the California Supreme Court, and the United States District Court for the Eastern District of California.  This does not amount to a violation of any federal law, as is required under 42 U.S.C. § 1983, nor does this Court have jurisdiction to direct the other courts to take action.  Plaintiff must seek responses from the courts in which he filed his cases, or from a court with appellate authority over those courts.[1]

For the foregoing reasons, the case is DISMISSED.  Plaintiff's incomplete in forma pauperis applications (dkt.3, 5, 8) are DENIED.  His motion for summons forms from the United States Marshal (dkt. 8) is DENIED in light of the dismissal of this case.  His motion for copies of documents filed in this case (dkt. 7) is DENIED.  The Clerk shall instead mail Plaintiff the form for requesting that the Clerk photocopy and mail copies of documents filed in his cases.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED:  May 10, 2013

 _____
 JEFFREY S. WHITE
 United States District Judge

---

[1] Plaintiff makes a number of additional allegations that are unintelligible or plainly frivolous, such as that he "is the (sole heir) to all the (dynasties and legacies) named and is worth $190,237 Billion Million Gazillion Dollars and is the common wealth of Puerto Rico / British of Columbia for (Both Nation United States / United Nations (NATO) Countries."

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY RG TURNER,

        Plaintiff,

  v.

CALIFORNIA SUPREME COURT et al,

        Defendant.

Case Number: CV13-00634 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony R.G. Turner
P.O. Box 1050
G27511
Soledad, CA 93960

Dated: May 10, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk